888

Commonwealth *v.* Kessler, Appellant.

Argued March 11, 1974. *Allen H. Smith,* for appellant; *J. Christian Ness,* Assistant District Attorney, with him *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Krasner, Appellant.

Argued March 27, 1974. *Robert E. Levy,* with him *William J. Cottrell,* for appellant; *Hugh F. Mundy,* Assistant District Attorney, with him *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam: The court below having, without a hearing, refused to allow appellant to file post-trial motions, the record is remanded for an evidentiary hearing to determine whether appellant intelligently waived the right to file post-trial motions.